Exhibit NO. ONE

Boyd #1

(18)

# MEDIUM SECURITY REQUEST SLIP

☐ CHAPLAIN ☐ RECREATION FROM: David Almeida ID#: 61641

☐ JOB ☐ CELL CHANGE MOD-CELL: DL-18Top JOB: ——

☐ WAREHOUSE ☐ HAIRCUT TO: Warden Boyd DATE: Feb. 12, 2008

☐ EDUCATION ☒ OTHER: Informal Resolution of Grievance.

REASON: SEE ENCLOSE Threats for informing inmates of law on Inmate Telephone Usage R.I.G.L. 42-56-38.1.

SEE (three) page Attachment.

Copy / File.

David Almeida

REPLY:

SIGNATURES: [signature]

Officer (Required) Responding Staff

Revision Date 12/05

Boyd 25 days - 25 lost - PG.

 Page 1 of 2 (19)

From: David Almeida 61641
Medium #1 Moran
DL-18 Top

To: Warden Boyd
Medium #1 - Moran

Date: Febuary 12, 2008.

Subject: Informal Resolution of grievance. Threatened with downgrade to Highside, for requesting I be allowed to inform other inmates of R.I.G.L. 42-56-38.1-Prisoner Telephone USE. August 1st, 2007.

As per our conversation on above date, I was threatened with a down-grade to high side for requesting that I be allowed to pass out informational literature to inmates concerning R.I.G.L. 42-56-38.1 Prisoner Telephone Usage. Enacted P.L. 2006 ch. 162 § 1., delayed effective date of August 1st. 2007.

I have read the entire D.O.C. policy on Disciplinary Code, and have not been able to find any listed

violations that prevents me from informing other inmates of published laws. It is also my understanding that I have a constitutional right to assist other inmates in their access to the courts, and no rules or threats can be used against me to prevent it.

Because the D.O.C. chooses to flagrantly violated the State of R.I. General Law 42-56-38.1 - Prisoner Telephone Usage, I should not be threatened in an attempt to silence me.

I will not keep quiet while the D.O.C. is in the buisness of obtaining money from my familly members illegally.

Now if there is some rule I may have over looked, well then I will appreciate it if you can explain to me, in writting, just what rule I have violated. And I suggest you think before you threaten me again.

Sincerely Yours:
David Almeida
David Almeida
Copy / File

Officer Signature
[signature]

Mailed on 2-14-08
Inter. Dept. Mail