Case 1:08-cv-00184-S-DLM Document 1-5 Filed 05/14/2008 Page 1 of 1

Boyle 1

Exhibit 2

**Inmate Id: 0061641** **Inmate Name: DAVID W ALMEIDA** **Sec: MED**

Incarceration No: 0019899 Area/Cell: SEG 01B

Job Code: SRG Level: Enemy Level:

**Discipline No: 000038700**

Infraction Date/Time: 2/14/2008 10:00:00 Infraction Sec: MED

Charging Staff Member: Boyd

Place Of Infraction: MED Place Of Booking: medium security

ORIGINAL- Infraction Code: 151 Infraction CAT: VIOLENCE

Infractions Severity: HIGHEST(NON-PREDATORY)

Infractions Description:
Threatening, Harassing, or Unauthorized Contact with any other person (including, but not limited to staff members, their families, victims, public officials, law enforcement offic

Filed Date/Time: 2/15/2008 09:09:27 Inmate Demeanor: AGGRESSIVE

**Infraction Narrative:**

On 2/14/2008 I recieved two letters from inmate Almeida concerning a previous conversation we had on 2/13/2008. In one of the letters inmate Almeida stated " I suggest you think be fore you threaten me again". I believe this statement was a threat to me and the security of this institution.

Witnesses: NONE

**S.O. REVIEW:** **READ BY: Lawson**

Inform Date: 02/18/2008 18:55:00 Hearing Date: 02/19/2008 09:40:00

Demeanor: AGGRESSIVE Inmate Plea: NOT GUILTY

Status AWT Hear: LFI Waive 24 Notice: YES

Req Rep Present: NO Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
Inmate Almeida had no comment at this time.

**Superior's Comments:**
Valid booking based on report. Warrants a hearing.