**Inmate Id: 0061641** **Inmate Name: DAVID W ALMEIDA** **Sec: MED**

Incarceration No: 0019899 Area/Cell: SEG 01B

Job Code: SRG Level: Enemy Level:

Boyd 1

Exhibit 3

**Discipline No: 000038700**

**HEARING:**

Hearing Date: 2/26/2008 10:07:42 Offender's Plea: NOT GUILTY

Rep Counselor: Chatfield

Req Witness: NO Waive 24 Notice: NO

**Offender Statement:**
Inmate states that the booking was not investigated properly by lt. lawson. Inmate request s that booking be dismissed due to due process violations. inmate also states that he was not brought to the first available discipline board.

**Witness(s) Statement:**
none requested.

**Officer's Statement:**
guilty based on report by warden

**Finding: GUILTY** **Class. Review: YES** **Req Ward Review: YES**

Infraction Code: 151 Infraction CAT: VIOLENCE

Infractions Severity: HIGHEST(NON-PREDATORY)

Infractions Description:
Threatening, Harassing, or Unauthorized Contact with any other person (including, but not limited to staff members, their families, victims, public officials, law enforcement offic

Hearing Off. Sig: Meunier