**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **David Almeida**<br>Petitioner<br>**vs.**<br><br>**Ashbel T. Wall, Director, RI Department of Corrections**<br>Respondent | :<br>:<br>:<br>:<br>: | **C.A. No.: 08-184S** |

# RESPONDENT'S MOTION TO DISMISS

Now comes Respondent Ashbel T. Wall, by and through counsel[1], and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons argued in the accompanying memorandum of law, submits that the Petitioner has failed to state a claim upon which relief may be granted. Respondent Wall respectfully requests that the Court dismiss this matter.

Respectfully submitted:

/s/ Patricia A. Coyne-Fague #5198
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 *fax*

## Certification

I hereby certify that on the 2nd day of June 2008 I mailed a true copy of the within document to: David Almeida, P.O. Box 8273, Cranston, RI 02920.

/s/ Patricia A. Coyne-Fague

---

[1] While an Order dated May 19, 2008 directed the State's Attorney General to answer this Petition, the Rhode Island Department of Corrections is doing so at the Attorney General's request.