UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

David Almeida,
    Petitioner

v.                                                      C.A. No. 08-184S

Ashbel T. Wall, *Director Rhode
Island Department of Corrections,*
    Respondent

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on December 4, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Respondent's Motion to Dismiss is GRANTED. This action is hereby DISMISSED.

By Order,

/s/ Wendy Duik
Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 12/23/08